# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 703 MAL 2019

    Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

v. :

ANGEL MARTINEZ, :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 704 MAL 2019

    Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

v. :

ANGEL MARTINEZ, :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 705 MAL 2019

    Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

v. :

ANGEL MARTINEZ, :

    Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.